[Sac. No. 2630.    In Bank.—January 11, 1917.]

WILLIAM SNYDER, Petitioner, v. J. A. PLUMMER, as Judge of the Superior Court of San Joaquin County, Respondent.

CERTIORARI—VACATION OF JUDGMENT—APPEAL.—An order vacating a judgment and recalling an execution issued thereon is a special order made after judgment, and appealable as such. *Certiorari* will not lie to review such order.

This was an application, originally made in the District Court of Appeal for the Third Appellate District, for a Writ of Certiorari to review an order of the Superior Court of San Joaquin County vacating a judgment that had been entered in the case of *Snyder* v. *Miller et al.*, and recalling an execution that had issued thereon. The basis for the application for the writ was that the motion to vacate the judgment was made by the judgment debtor more than thirty months after the judgment had been made and entered. The District Court of Appeal denied the writ, and the petitioner then applied to the Supreme Court for a hearing of the application by that court. In denying the hearing the Supreme Court rendered the following opinion.

A. H. Carpenter, for Petitioner.

THE COURT.—In denying the petition for a hearing in this court after decision by the district court of appeal of the third appellate district, we deem it proper to say that the denial is made solely for the reason that the order of the superior court sought to be reviewed is a special order made after final judgment, and is therefore one from which an appeal lies. (Code Civ. Proc., sec. 963.) This being so, *certiorari* will not lie. (Code Civ. Proc., sec. 1068.)